IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CARLOS OWENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:07-1134 |
| ) | Judge Trauger |
| CORRECT CARE SOLUTIONS, LLC, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

On May 12, 2008, the Magistrate Judge issued a Report and Recommendation. (Docket No. 16) No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE** for failure to prosecute and to obey court orders.

It is so **ORDERED**.

ENTER this 30th day of May 2008.

_____
ALETA A. TRAUGER
U.S. District Judge